**E-FILED**
Thursday, 08 June, 2006 04:59:29 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

Adrian L. Jackson

_____
**Plaintiff/Petitioner(s),**

-vs-

Roger E. Walker

Brian Fairchild

Steven C. Bryant
_____
**Defendant/Respondent(s).**

) ) ) ) ) ) ) ) ) ) )

Case No. 06-3121_____
(To be supplied by the Clerk)

JUN 08 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT

## MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST
## TO PROCEED IN FORMA PAUPERIS

I, Adrian L. Jackson, being first duly sworn, depose and say that I am the plaintiff/petitioner in the above entitled cause; that in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to relief.

The nature of the action is:

(✓) Civil Rights    ( ) Habeas Corpus    ( ) Appeal

1.  Are you presently employed?    Yes ( )    No (✓)

    a.  If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

    _____ N/A _____

    b.  If the answer is "no", state the date of last employment and the amount of salary or wages per month which you received.    April 24 2006

    _____

2.  Have you received within the past twelve months any money from any of the following sources?

    a.  Business, profession or form of self-employment?    Yes ( )    No ( )
    b.  Rent payments, interest or dividends?    Yes ( )    No ( )
    c.  Pensions, annuities or life insurance payments?    Yes ( )    No ( )
    d.  Gifts or inheritances?    Yes ( )    No ( )
    e.  Any other sources?    Yes (✓)    No ( )

If the answer to any of the above is "yes", describe each source of money and state the amount received during the past twelve months.

EARN FARE $294.00

3.    Do you own cash, or do you have money in a checking or savings account? Yes ( ) No (√) (include any funds in prison accounts). If the answer is "yes", state the total value of the items owned.

N/A

4.    Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes (√) No ( ) If the answer is "yes", describe the property and state its approximate value.

N/A

5.    List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

N/A

## DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify or state) under penalty of perjury, that I am the plaintiff/petitioner in the above action, that I have read the foregoing Motion and Affidavit and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621

6/4/06
Date

adrian L. jackson
Signature of Plaintiff/Petitioner

## UNITED STATES DISTRICT COURT
## DISTRICT OF ILLINOIS

_Adrian L Jackson_ )
      Plaintiff )
                )
        vs. )      Case No. _06-3121_
                )
_Roger E Walker_ )
                )
                )
                )
      Defendant(s) )

## COMPLAINT

☒      42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐      28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐      Other_____

_Please note: This form has been created for prisoners but can be adapted for use by non-prisoners._

Now comes the plaintiff, _Adrian L. Jackson_____, and states as follows:

My current address is: _1321 Cleveland Ave East St Louis Ill 62201_

The defendant _Roger E. Walker_, is employed as _Director, all time in this_
_complaint_____ at _1301 Con Cordia Ct., P.O. Box 19277, Springfield IL 62794-9277_
The defendant _Steven L Bryant_, is employed as _Warden, at all times in this_
_complaint_____ at _Graham Corr, Cen. P.O. Box 499, Hills Boro IL 62049_
The defendant _Candy Sims_, is employed as _Field Service, at all times in_
_this complaint_____ at _Graham Corr. Cen. P.O. Box 499, Hillsboro IL 62049_
The defendant _Brian Fair child_, is employed as _Prisoner Review Board, at all_
_time in this complaint_____ at _Illinois Prisoner Review Board 319 E._
_Madison st Suite A, Springfield_   (revised 9/96)
_Ill 62706_

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a

separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?                Yes      ☐                      No ☒

If yes, please describe   _N/A_ _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

                        Yes ☒                        No ☐

C. If your answer to B is yes, how many? _4_   Describe the lawsuit in the space below. (If there

is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same

outline.)

1. Parties to previous lawsuit:

   Plaintiff(s)   _Adrian L. Jackson_ _____

   Defendant(s) _Chief Judge Stephen Kernan   St Clair County Courts_

   _State IL, Belleville IL City, St Clair County, I.D.O.C. at Centralia CC._
   _MT. Sterling C.C. Menard C.C. Ill RiverS,C.C. Henry Hill CC, Robinson C.C. Pontiac C.C._
2. Court (if federal court, give name of district; if state court, give name of county)

   _Federal District Court E.st. Louis St. Clair County Courts Belleville, IL_

3. Docket Number/Judge _3:03-CV-540, Magistrate Judge Gerald B. Cohn_
   _Clifford, J Proud, Phil Gilbert_

2

4. Basic claim made _CHieF Judge submitted For state PlAintiFFs ConVictioN RecoRd HimseLF to JuRoRs iN DeLibeRAtioNs to secuRe coNVictioN FoR state, stePHeN KeRNAN_

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? is it still pending?) _STiLL PeNdiNg AFTeR 10 yeARs At FedeRAL CouRt_

6. Approximate date of filing of lawsuit. _8/20/2003_

7. Approximate date of disposition _STiLL PeNdiNg_

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?    Yes ☒    No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?    Yes ☒    No ☐

If your answer is no, explain why not _yes_

C. Is the grievance process completed?    Yes ☒    No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES.  PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

3

## STATEMENT OF CLAIM

Place of the occurrence   GRAHAM C.C.

Date of the occurrence   8 / 19 / 2005

Witnesses to the occurrence CAndy Sims. Field  SERVICE, BRIAN FAIRCHILD A.R.P.

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Un—should be raised in a separate civil action.*
          *THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

PLAINTIFF ADRIAN L. JACKSON DEMANDED ON SEVERAL OCCASSIONS

TO HAVE ALL ANY INTEREST AND OTHER INCOME FROM MONEYS DEPOSITED

WITH THE DEPARTMENT OF CORRECTIONS THAT ACCRUE TO MY ACCOUNT

TO DISBURSE ALL MONEYS SO HELD NO LATER THAN THE PERSONS FINAL

DISCHARGE FROM THE DEPARTMENT RELEASE ON PAROLE

ON 8/19/05 PLAINTIFF REQUESTED TO CANDY Sims TO HAVE

MONEYS INTEREST ACCRUE TO MY ACCOUNT DISBURSED TO ME THAT

DAY

ON 8/15/05 PLAINTIFF SENT A REQUEST TO THE BUSINESS OFFICE

TO HAVE MONEYS RELEASED TO HIM UPON RELEASE

ON 18TH OCTOBER 2005 PLAINTIFF FILED A COMPLAINT TO THE

COURT OF CLAIMS SEE (COMPLAINT) ATTACHED TO THE ILLINOIS DEPART

MENT OF CORRECTION AND (COURT OF CLAIMS) SPRINGFIELD DIRECTOR

ROGER E. WALKER HAS FAILED TO COMPLY

ON 9/3/05 A LETTER WAS SENT TO DIRECTOR WALKER

TO NO AVAIL DIRECTOR HAS FAILED TO REPLY ON 10/6/05

4

A ADMINISTRATIVE REVIEW BOARD ISSUED A RETURN GRIEVANCE
OR CORRESPONDENCE DATED 7/6/05 STATING "IF YOU DIDNOT
RECIEVE CORRECT AMMOUNT OF MONEY FROM ACCOUNT PUT AN
GRIEVANCE FORM. FAIRCHILD, CORRESPONDENCE GRIEVANCE ATTACH
ED.

ON OCTOBER 6TH A MANDAMUS SUMMONS WAS SENT TO
I D OC TO RELEASE MONEYS INTEREST DRAWN ON MY ACCOUNT
NO REPLY SEE MOTION ATTACHED.

ON 9/19/05 A GRIEVANCE WAS FILED NO REPLY
ON 5/4/2006 Plaintiff RECIEVED A R B-RETURN OF
GRIEVANCE OR CORRESPONDANCE STATING.
NOT SUBMITTED IN THE TIME FRAME OUTLINED IN DEPARTMENT
RULE 504; THEREFORE, THIS ISSUE will NOT BE ADDRESSED
FURTHER.

WHERE IT IS I DOCS INTENT TO DENY PLAINTIFF
His PROPERTY

WHERE 730 ILCS 5/3-4-3 CLEARLY STATES
THE DEPARTMENT SHALL dis burse ALL MONEYS SO
HELD NO LATER THAN THE PERSON's Final discHARGE FROM
THE DEPARTMENT. Plaintiff REQUESTED ALL INTEREST
BE RELEASED TO Him UPON RELEASE, ITEMS ATTACHED

5

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

To RELEASE ALL MONEY ENTEREST ACCRUED

To my ACKOUNT FOR 8 ½ YEARS

**JURY DEMAND**  Yes  ☑  No  ☐

Signed this  12 TH  day of  MAY  , 2006.

adrian L. Jackson

*( Signature of Plaintiff)*

| *Name of Plaintiff:* | *Inmate Identification Number:* |
|---|---|
| ADRIAN L. JACKSON | N 56292 |
| *Address:* E .ST . LOUIS  IL  62201 | *Telephone Number:* |
| 132) CLEVELAND AVE | 618 / 875 / 4208 |

'TATE OF ILLINOIS )
                 )     SS
COUNTY OF         )

IN THE
*UNITED STATES DISTRICT COURT FOR*

*THE CENTRAL DISTRICT SPRINGFIELD*

*ROGER E. WALKER* ,  )
      Respondent,           )
                       )
           vs            )     CASE NO. _____
                       )
*ADRIAN L. JACKSON* ,  )
                       )

## NOTICE OF FILING

TO: *ROGER E. WALKER*   TO: _____   TO: _____
     *1301 CONCORDIA CT*        _____         _____
     *P.O.BOX 19277*               _____         _____
     *SPRINGFIELD IL 62794-9277*    _____         _____
     1 Original & *1* copy       ___ copy(ies)         ___ copy(ies)

PLEASE TAKE NOTE that on the *6th* day of *OCTOBER* , *2005*, I
have filed, through the U.S. Mail, with the above named parties,
the below listed documents (number of copies & originals filed are
listed below the addresses of the parties):
1) *MANDAMUS SUMMONS*
2) *LEAVE TO FILE PETITION OF MANDAMUS REQUEST FOR*
3) *PROPERTY ENTEREST DRAWN ON MY ALLOUNT BETWEEN 2 11*
4) *2-11-98 THROUGH 8-19-05*
5) _____
6) _____

## AFFIDAVIT OF SERVICE

I, *Adrian L Jackson* , being first duly sworn on oath,
deposes and avers that he/she has caused the above stated documents
in the above stated amounts, to be served upon the above listed
parties by placing the same in the U.S. MAIL BOX ~~on Housing Unit~~
#___ located at *E ST LOUIS IL* ~~Correctional Center in~~ _____,
IL for delivery as 1st Class U.S. Mail.

         s/s *Adrian L Jackson*
                NAME: *ADRIAN L JACKSON*
                IDOC Reg. No. *N56292*

Subscribed and sworn to
before me this ____ day
of _____, 19____.

_____
NOTARY PUBLIC

AD-207(Rev.9/81)

**STATE OF ILLINOIS**                                      **COUNTY OF** _SANGAMON_
**IN THE CIRCUIT COURT OF THE** _10TH_ _____**JUDICIAL CIRCUIT**

_Adrian L. Jackson_

No._____

-vs-                **Plaintiff**

_ROGER E. WALKER JR_

File Stamp Here

**Defendant**

## MANDAMUS SUMMONS

To the Above Named Defendants::

You are hereby summoned to show cause why a writ of mandamus should not be issued against you in the above entitled cause.

Take notice that you must file your demurrer or your answer, or otherwise make your appearance in the office of the Circuit Clerk located in the Court House, _1701 Concordia ct_, Illinois on or before the _6TH_ day of _October_ A. D. _2005_, provided this writ shall be served upon you not less than five days prior to said date.

If this writ shall be served upon you less than five days before said date you will file your demurrer, or your answer, or otherwise make your appearance in said Court on _____ at the hour of _____ M. in Court Room No._101_ ____at

☐

☐

If you do not appear according to the command of this writ plaintiff may take judgment against you by default.

This summons must be returned, in person or by mail, by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, not later than five days after service thereof and in no event later than the date first above named.

**WITNESS,** _____, Clerk of said Court, and the seal
thereof, at _____ Illinois,
this_____day of _____ A.D. 19_____

Name   ..._____                          _____
        Attorney No.                                    Clerk
Attorney for _____
Address  . _____
City ___  _____
Phone _  _____

155

IN THE CIRCUIT COURT OF _SANGAMON_ COUNTY, ILLINOIS
THE COURT FOR THE _10 TA_ JUDICIAL CIRCUIT
LAW DIVISION

```
                        )
                        )
 ADRIAN L. JACKSON,     )
              Plaintiff, )
                        )
      vs.               )      No._____
                        )
                        )
 ROGER E. WALKER,       )
              Defendant. )
                        )
                        )
```

LEAVE TO FILE PETITION OF MANDAMUS

NOW COMES Plaintiff, _Adrian L. Jackson_, pro
se, in order to give notice to the Court for leave to file a
PETITION OF MANDAMUS pursuant to Code of Civil
Procedure Chapter 110 Section 14-101 et. seq., [735 ILCS
5/14-101 et. seq.], directed to
the above named Defendants.

IN SUPPORT THEREOF, Plaintiff states as follows:

1.   Leave to file PETITION OF MANDAMUS as an original
action before the Court.

2.   Plaintiff presents for review issues of law
pertaining to him while incarcerated at _GRAHAM ORR_
Correctional Center, _Hills BORO_____, Illinois,
_MAD._____ County.

3.   Plaintiff contends that the issues to be
presented are concerning his right to _PROPERTY FROM_
_ENTEREST DRAWN ON MY ACCOUNT FROM_.
_1998 THROUGH 2005_

4.    Plaintiff alleges in the petition that *REQUEST WAS MADE TO HAVE ALL MONEYS AVAILABLE UPON MY RELEASE ACCORDING TO CH 730 ILCS ACT 5, SECTION 5/3-4-3 FUNDS AND PROPERTY OF PERSON COMMITTED*

5.    Plaintiff's petition seeks to compel the

Defendant to *RELEASE INTEREST DRAWN ON MY ACOUNT IS MY PROPERTY, I would LIKE TO HAVE IT RELEASED TO ME ON 8-19-05 MY RELEASE DATE REQUEST WAS NOTIFIED TO IDOC OFFICIALS. AT BRAHAM CORRECTIONS but TO NO AVAIL*

6.    Plaintiff hereby incorporates by reference all

grounds and allegations stated in the PETITION OF MANDAMUS,

a copy of which is attached hereto.

7.    WHEREFORE, plaintiff prays this Court to grant him

leave to file a PETITION OF MANDAMUS.

Respectfully submitted,

*Adrian L Jackson*
Plaintiff, pro se
Number *N56292*
P.O. Box *1321 CLEVELAND AVE*
*E. ST. LOUE*, Illinois

COUNTY OF      )     SS      )

IN THE
*~~COUNTY~~ ~~COURT~~ ~~CIRCUIT~~ ~~COURT~~ ~~OF~~*

the Court of Claims of THE
state of Illinois

COUR of Claims      )
Respondent,           )
               )
       vs          )     CASE NO. _____
adron X Jackson   )
              )

## NOTICE OF FILING

TO: Lisa Madigan    TO: Court of Claims    TO: _____
630 South College st     630 South College st.     _____
Springfield IL           Springfield IL          _____
62756                 62756             _____

1 Original & 1 copy        1 copy(ies)        ___ copy(ies)

PLEASE TAKE NOTE that on the 18TH day of OCTOBER , 2005, I have filed, through the U.S. Mail, with the above named parties, the below listed documents (number of copies & originals filed are listed below the addresses of the parties):

1) Notice of Filing
2) Certificate of Service
3) Complaint
4) Affidavit
5) Application to Sue or Defend as a Poor Person
6) _____

## AFFIDAVIT OF SERVICE

I, Adrian X Jackson , being first duly sworn on oath, deposes and avers that he/she has caused the above stated documents in the above stated amounts, to be served upon the above listed parties by placing the same in the U.S. MAIL BOX on Housing Unit #___ located at ~~Pontiac~~ Correctional Center in _____, IL for delivery as 1st Class U.S. Mail.

s/s Adrian X Jackson
NAME: ADRIAN L JACKSON
IDOC Reg. No. N56292

Subscribed and sworn to
before me this _____ day
of _____, 19____.

_____
NOTARY PUBLIC

IN THE COURT OF CLAIMS

OF THE STATE OF ILLINOIS

_Adrian L Jackson_                )
              Claimant            )
                vs                )        No._____
State of Illinois and the         )        $___1000, 00_____
Illinois Department of Corrections )                Amount Claimed
              Respondents         )

Application to Sue or Defend as a Poor Person

I, ___Adrian L Jackson_____, am the claimant in the above entitled
action and being duly sworn state:

  1. I am presently incarcerated at the _____Correctional Center
     and as such have no means of income.

  2. I have no other sources of income.

  3. My income from the preceding year was $__0000__.

  4. I own no real estate except ___N/A_____
                        (list address, nature of improvements and value)
     _____N/A_____
     _____N/A_____

  5. No applications were filed by or in behalf of claimant to sue or defend as a poor
     person during the preceding year except:
     _____N/A_____
     _____N/A_____

  6. I am unable to pay the costs of this court action.

  7. I believe the applicant has a meritorious claim.

                            s/s  _Adrian L Jackson_____
                                      Claimant

Subscribed and sworn to before me this
_____day of _____, _____.


_____
Notary Public



Form revised 05-29-04

IN THE COURT OF CLAIMS

OF THE STATE OF ILLINOIS

| | |
|---|---|
| _Adrian L Jackson_ ) | |
| Claimant ) | |
| vs ) | No._____ |
| State of Illinois and the ) | $ _1000.00_____ |
| Illinois Department of Corrections ) | Amount Claimed |
| Respondents | |

## COMPLAINT

1. This claim, sounding in tort, is for the conversion of Claimant's property by the State of Illinois and the Department of Corrections and is filed pursuant to Illinois Compiled Statutes, 705 ILCS 505/8 (d).

2. Claimant is and was at all times pertinent, an inmate held in custody by the Respondents.

   (a) On _2 - 9_____, _1998_ and for some time prior, Claimant owned and possessed the property listed in the accompanying Bill of Particulars.

   (b) Claimant kept said property in his/her assigned cell at the _Various_____ Correctional Center._s_

   (c) On _8 - 19_____, _2005_, Claimant was ordered transferred from _Graham   C.C._____ to _E st. louis   Ill_____.
   (unit or institution)                 (unit or institution)
   Claimant was not permitted to take his/her personal property with him/her.

   (d) At transfer time, an unknown officer, agent or employee of the Respondents took control of Claimant's property as listed in the Bill of Particulars.

   (e) Upon arrival at _E- st. louis   Il_____ Claimant inquired about the missing property.
   
   OR
   
   (e) Upon arrival at _Graham   Cor [t n]_____ Claimant's property was turned over to him/her. The items listed in the Bill of Particulars were found to be missing or damaged.

   (f) Respondents have refused to return claimant's property to him/her.
   
   OR

Form revised 05-29-04

(f) Respondents have informed claimant that his/her property is missing and therefore cannot be returned.

OR

(f) Respondents have refused to repair or replace claimant's property which was damaged while in respondents' custody.

3. Claimant has not presented this claim to any other department or the State o Illinois or officer thereof.

4. Claimant is the rightful owner of this claim.

5. Claimant has made no assignment or transfer of this claim or any part or interest thereof.

6. Claimant is justly entitled to amount of the claim and has filed within the statutory time limit.

7. Claimant believes the facts stated in this complaint are correct and true.

8. This claim has not been filed in any other court of the United States.

9. Bill of Particulars:
The following Bill of Particulars states each item and the amount claimed thereof which is pertinent to this claim.

| Item Description | Value |
|---|---|
| INTEREST DRAWN ON MY ACCOUNT FROM | $1000.00 |
| 1998 TO 2005 MY RELEASE DATE | |

Total $1000.00

10. Claimant is not an executor, administrator, guardian or other representative of this claim.

11. Wherefore, Claimant asks this Court to enter a judgment against the Respondents in the sum of $ 1000.00 .

Date 8 / 19 / 2005

s/s Adrian L Jackson
DOC # N56297
GRAHAM Correctional Center
P.O. BOX 499
HILLs Boro , IL 62049

Form revised 05-29-04

STATE OF ILLINOIS

ss *adrian L Jackson*

COUNTY OF _DIA_____

### Affidavit

*adrian L Jackson / Adrian L Jackson*, being duly sworn on oath states that he/she is the claimant in the attached cause.  He/She has read the foregoing complaint and states the contents thereof are true and correct to the best of his/her knowledge.

ss/ *adrian L Jackson*_____

Subscribed and sworn to before me this
_____day of _____, _____.

_____

Notary Public

Form revised 05-29-04

IN THE COURT OF CLAIMS

OF THE STATE OF ILLINOIS

_Adrian L. Jackson_ )
Claimant )
vs )        No._____
State of Illinois and the )
Illinois Department of Corrections )
Respondents )_____

Notice of Filing

To: _Lisa Madigan_
Illinois Attorney General
Court of Claims Division
_630 South College Street_
_Spring Field_____, IL _62756_

   Please take notice that on the _18TH_ day of _October_ , _2005_, I mailed a copy of the attached Complaint of Documents to the Clerk of the Illinois Court of Claims for filing.

s/s _Adrian L Jackson_

Certificate of Service

   I, _Adrian L. Jackson_, hereby certify that I mailed a copy of the attached Complaint to be served on the above-named party by mailing a copy of the same to the Attorney for the Respondents at the above address on the _18TH_ day of _October_ , _2005_.

s/s _Adrian L. Jackson_

DOC # _N56298_
_Graham_ Correctional Center
_Hillsboro_, IL _62049_

Subscribed and sworn to before me this
_____ day of _____, _____.

_____

Notary Public

Form revised 05-29-04
_Pro.._

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: _JACKSON_          _ADRIAN_          — _N56292_
        Last Name         First Name     MI     ID#

Facility: _1321 CLEVELAND AVE, E. St. Louis, IL 62201_

☐ Grievance (Local Grievance # (if applicable): _____ )     or     ☒ Correspondence

Received: _7, 6, 05_     Regarding: _TRUST ACCOUNT_
         Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable.

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
                                            Office of Inmate Issues
                                            1301 Concordia Court
                                            Springfield, IL   62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee.  If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
                            319 E. Madison St., Suite A
                            Springfield, IL   62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____/_____/_____ .
                                          Date

☐ No justification provided for additional consideration.

Other (specify): _If you did not receive correct amount of money from account,_
_put in a Grievance form_

Completed by: _FAIRCHILD_          [signature] _Rm Faib_          _9, 19, 05_
                Print Name                           Signature            Date

Distribution:  Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

Adrian L. Jackson N56292                    Date 9.3.05
1321 Cleveland ave
East Saint Louis Ill 62201


                    Roger E. Walker Jr. Director
                    1301 Concordia Court
                    P.O. Box 19277
                    Springfield Il  62794-9277

     Comes Now Adrian L Jackson Requesting to have
all moneys available upon my release according to
Chapter 730 ILCS, Acts 5 section 5/3-4-3 funds and
Property of Person committed, the Interest Drawn on
my account is my Property. I would like to have it rel
eased to me on 8.19.05 my release date.
     Request was notified to I DOC officials at Graham
Corrections but to no avail, moneys should be giving
know!

                              Truly

                         Adrian L Jackson


RECEIVED
SEP 0 6 2005
OFFICE OF
INMATE ISSUES

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _JACKSON_     _ADRIAN_     _L_   _N56292_
         Last Name      First Name        MI   ID#

_MSR_
Facility: _1321 CLEVELAND AVE., E. St. Louis, IL, 62201_

☒ Grievance (Local Grievance # (if applicable): _____ )   or   ☐ Correspondence

Received: _4_/_13_/_06_   Regarding: _Bussiness/Trust Account_
          Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:  Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL   62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee.  If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL   62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____/_____/_____.
                                                         Date

☐ No justification provided for additional consideration.

Other (specify): _9/19/05 to 4/13/06 – outside 60 days_

Completed by: _BRIAN  FAIRCHILD_     [Signature]     _4_/_24_/_06_
              Print Name               Signature              Date

Distribution:   Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

ILLINOIS DEPARTMENT OF CORRECTIONS

**COMMITTED PERSON'S GRIEVANCE**

DOC 0046

| Date: 9/19/05 | Committed Person: (Please Print) Adrian L. Jackson | ID#: N56292 |
|---|---|---|

| Present Facility: Home E. St. Louis, IL 1321 Cleveland | Facility where grievance issue occurred: Graham C.C.  RELEASE |
|---|---|

**NATURE OF GRIEVANCE:**

- [✓] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] Other (specify)

- [ ] Disciplinary Report: N/A / /  REQUEST FOR MONEYS INTEREST ACCRUED TO MY ACCOUNT
  Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as Disciplinary Report, Shakedown record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: To HAVE ALL moneys AVAILABLE UPON my RELEASE WHERE ACCORDING TO CHAPTER 730 ILCS, 1975 5 SEXTION 5/3-4-3 FUNDS AND PROPERTY OF PERSONS COMMITTED, THE INTEREST DRAWN ON my ACCOUNT is my PROPERTY. I would Like TO HAVE IT RELEASED TO ME ON 8-19-05 my RELEASE DATE.
    PLAINTIFF HAS NOTIFIED IDOC OFFICIALS ON SEVERAL ACCOUNTS TO RELEASE ALL INTEREST ON HIS ACCOUNT.

Relief Requested: SEND ME my MONEY KNOW! THE INTEREST DRAWN ON my ACCOUNT WITHOUT FURTHER DELAY.

- [✓] Check only if this is an EMERGENCY grievance due to substantial risk of imminent personal injury or other serious irreparable harm to self.

Adrian L. Jackson                    N56292          9/19/05
Committed Person's Signature          ID#              Date

**(Continue on reverse side if necessary)**

| **Counselor's Response (if applicable)** | |
|---|---|
| Date Received: ____ / ____ / ____ | [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response / / |
|---|---|---|

| **EMERGENCY REVIEW** | |
|---|---|

**RECEIVED**
APR 13 2006
**OFFICE OF INMATE ISSUES**

Date Received: _____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature          Date / /

**E-FILED**
Thursday, 08 June, 2006  04:59:51 PM
Clerk, U.S. District Court, ILCD

'TATE OF ILLINOIS    )
                     )    SS
COUNTY OF            )

IN THE
*United States District Court for*
*The Central District of Illinois*

*Roger E. Walker Jr.*,    )
Respondent,    *Director*    )
                            )
vs                          )    CASE NO. *06-3121*
                            )
*Adrian L Jackson*    ,    )
        *Plaintiff*         )

## NOTICE OF FILING

TO: *Clerk*          TO: _____     TO: _____
*U.S. District Court*     _____          _____
*600 E. Monroe St.*       _____          _____
*Springfield IL 62701*    _____          _____
1 Original & *2* copy     __ copy(ies)         __ copy(ies)

PLEASE TAKE NOTE that on the *12th* day of *May*_____, 20*2006* I
have filed, through the U.S. Mail, with the above named parties,
the below listed documents (number of copies & originals filed are
listed below the addresses of the parties):
1) *Complaint     Property Interest accrued to my account*
2) *Motion for Informa Pauperis*
3)_____
4)_____
5)_____
6)_____

## AFFIDAVIT OF SERVICE

I, *Adrian L Jackson*_____, being first duly sworn on oath,
deposes and avers that he/she has caused the above stated documents
in the above stated amounts, to be served upon the above listed
parties by placing the same in the U.S. MAIL BOX on Housing Unit
#___ located at *1321 Cleveland Ave* Correctional Center in *E. St Louis*,
IL for delivery as 1st Class U.S. Mail.

s/s *Adrian L Jackson*
        NAME: _*Adrian L Jackson*_
        IDOC Reg. No. _*N56292*_

Subscribed and sworn to
before me this *12* day
of *May*_____, 20*06*.

_____
NOTARY PUBLIC