AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**ADRIAN L. JACKSON,**
        **Plaintiff,**

    vs.                          Case Number:   **06-3121**

**KEVIN WINTERS, et al.,**
        **Defendant.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to Order entered by Judge Harold A. Baker.  The Plaintiff's petition to proceed in forma pauperis is denied because his Complaint fails to state a federal claim upon which relief might be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). This case is dismissed for failure to pay the filing fee.  All pending motions are denied as moot and this case is terminated. --------------------------------

ENTER this 21st day of June 2006

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ M. Eddings
_____
BY:  DEPUTY CLERK